UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVIATION FINANCE GROUP, LLC, as Administration Agent for AVIATION SECURITIZATION, LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Minnesota, N.A. and Norwest Bank Minnesota, N.A.) as Indenture Trustee,<br><br>                Plaintiff,<br><br>   v.<br><br>RONALD E. DOWDY; MARY ELLEN DOWDY; and DOWDY PLANE AVIATION SALES & SERVICES, INC., a Florida corporation,<br><br>                Defendants. | Case No. 1:13-CV-00171-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      **THIS MATTER** having come before the Court on Plaintiff's <u>Amended</u> Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (Dkt. 18), the Court having reviewed the record before it in this matter, and for good cause shown;

      **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's <u>Amended</u> Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (Dkt. 18) is **GRANTED**. The above-referenced matter is dismissed without prejudice. Each party shall bear

ORDER

their own costs, including any and all attorneys' fees incurred in the prosecution and/or defense of this matter, to the extent not already paid as part of the parties' settlement. The earlier-filed motion for dismissal (Dkt. 17) and the motion for summary judgment (Dkt. 13) are **MOOT.**

DATED: July 23, 2013

B. Lynn Winmill
Chief Judge
United States District Court

ORDER